AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

TRUMAN DEHAEMERS

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL W. WYNNE
Secretary, United States Department of Air Force

CASE NUMBER:   1:07-cv-658

TO: (Name and address of Defendant)

Michael W. Wynne
United States Department of Air Force
1670 Air Force Pentagon
Washington, DC  20330

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kevin Byrnes, Esq., DC Bar No. 480195
Wade & Byrnes P.C.
616 North Washington Street
Alexandria Virginia  22314

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                                              4/17/07

CLERK                                                                          DATE

T. Davis

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 4/25/2007  1:00 pm |
| NAME OF SERVER (PRINT)  Paul Spalding | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Delvin Whitmire, Mailroom Clerk
New Address: Attorney General Dept. of Justice - US Attorney General's Office @ 950 Pennsylvania Ave., N.W., Washington, DC 20530

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/26/2007
            Date

Signature of Server: *Paul Spalding*

Address of Server: P.O. Box 523078 Springfield, VA 22152

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

TRUMAN DEHAEMERS

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL W. WYNNE
Secretary, United States Department of Air Force

CASE NUMBER: 1:07-cv-658

TO: (Name and address of Defendant)

Jeffrey A. Taylor
U.S. Attorney for District of Columbia
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kevin Byrnes, Esq., DC Bar No. 480195
Wade & Byrnes P.C.
616 North Washington Street
Alexandria Virginia 22314

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                        4/17/07

CLERK                                          DATE

T. Davis

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/25/2007 1:15pm |
| NAME OF SERVER (PRINT) Paul Spalding | TITLE PPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   ss: Lakesha Carroll, Document clerk
New Address: 501 3rd St., N.W., 4th floor Washington, DC 20530

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/26/2007         *Paul Spalding*
            Date                    Signature of Server

P.O. Box 523078 Springfield, VA 22152
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.