IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRUMAN DEHAEMERS<br>5314 Cat Tail Court<br>Centreville, VA 20120<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL W. WYNNE<br>Secretary, United States Department<br>of the Air Force<br>1670 Air Force Pentagon<br>Washignton, D.C. 20330<br><br>　　　　　　　Defendant. | Civil Action No. 07-0658 (CKK) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Claire M Whitaker, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　CLAIRE WHITAKER, D.C. Bar # 354530
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　United States Attorneys Office
　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　555 4th Street, N.W., Room E-4204
　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　(202) 514-7137