UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUMAN DEHAEMERS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL W. WYNNE, Secretary, ) <br> U.S. Department of the Air Force, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07-0658 (CKK) |

## MOTION TO EXTEND TIME TO ANSWER

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant Michael W. Wynne, Secretary of the Department of the Air Force, through undersigned counsel, moves this Court for an extension of time to and including July 16, 2007, to answer or otherwise respond to the allegations in the complaint in this Privacy Act case. Defendant's answer is presently due on June 25, 2007. Defendant's counsel primarily assigned to the case has attempted unsuccessfully to contact Plaintiff's counsel concerning Plaintiff's position on this extension of time before the filing of the instant motion. The reasons for this motion are as follows:

A preliminary review of the allegations against the agency and its officials in Plaintiff's 120-paragraph complaint, and discussions between the agency counsel and undersigned counsel primarily assigned to the case, have led defendant to the conclusion that a dispositive motion on some or perhaps all of the allegations in the complaint may be appropriate. However, because some of the factual averments are still under review, the extent of such a motion remains unclear. It is anticipated that defendant will be able to resolve the outstanding factual issues within the next ten working days. Thereafter, defendant will prepare a dispositive motion and/or answer as

expeditiously as possible. To this end, defendant respectfully requests an extension of time, to and including July 16, 2007, to respond to the allegations in plaintiff's complaint.

    Respectfully submitted,

    /s/
    JEFFREY A. TAYLOR , D.C. Bar # 498610
    United States Attorney

    /s/
    RUDOLPH.CONTRERAS, D.C. Bar # 434122
    Assistant United States Attorney

    /s/
    CLAIRE WHITAKER, D.C. Bar # 354530
    Assistant United States Attorney
    United States Attorneys Office
    Civil Division
    555 4th Street, N.W., Room E-4204
    Washington, D.C. 20530
    (202) 514-7137