UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRUMAN DEHAEMERS,           )
      Plaintiff,           )
                           )
v.                          )   Civil Action No. 07-658
                           )
MICHAEL W. WYNNE.           )
      Defendant.           )
_____)

## LOCAL RULE 16.3 REPORT

The parties, having conferred by telephone, hereby provide this Report to the Court, in accordance with Local Rule 16.3(d).

The parties submit the following statement of the case and statutory basis for all causes of action and defenses:

Plaintiff has filed this cause of action pursuant to the Privacy Act, USC 552a alleging wrongful disclosures and use of confidential medical and other personal information. Defendant denies improper disclosure or use of Plaintiff's personal information. These disclosures occurred in defense to an administrative action before the EEOC and have been confirmed in both documents and deposition testimony. The Plaintiff, a civilian employee of the United States Air Force, had confidential medical information and records that were provided to the EEO investigator in the course of an administrative complaint, under specific Privacy Act protection, disclosed and disseminated by Air Force counsel and his supervisors in an attempt to conform the deposition testimony of prospective witnesses in the EEO case.

Plaintiff is awaiting administrative exhaustion before considering including the underlying Title VII case and the separate and independent Rehabilitation claims arising out o the wrongful disclosure in the case now before the.

Defendant denies the disclosure was wrongful.

With regard to the topics listed in LCvR 16.3(c), the parties agree to the following:

WADE & BYRNES P.C.
5 NORTH WASHINGTON STREET
EXANDRIA, VIRGINIA 22314-1991
(703) 836-9030
Fax # (703) 683-1543

1.  <u>Dispositive Motions</u>: Plaintiff does not anticipate dispositive motions as the claims arise from prior testimony in an administrative action. Defendant anticipates filing a motion to dismiss or, in the alternative, for summary judgment after conducting discovery.

2.  <u>Joinder of Parties/Amendment of Complaint/Narrowing of Issues</u>: Plaintiff anticipates the possible inclusion of a Title VII claim under the Rehabilitation Act, which is currently awaiting administrative action before the EEOC. Plaintiff would amend his complaint, if necessary within 45 days of the Court's order. If Plaintiff amends, the parties respectfully request that discovery be continued for an appropriate period in order to address the amended issues.

3.  <u>Magistrate</u>:  The parties do not consent, at this time, to referral of this case to a magistrate, but may reconsider that decision after completion of discovery

4.  <u>Possibility of settlement</u>: Both parties agree that settlement discussions need to await further discovery.

5.  <u>ADR</u>: The parties agree that ADR may be appropriate in the future.

6.  <u>Motions</u>: Defendant intends to file a motion for summary judgment within thirty days of the closure of discovery with oppositions and replies to be filed consistent with the rules of the Court unless otherwise requested.

7.  <u>Initial disclosures</u>: The parties do not agree to dispense with the requirements of Rule 26(a)(1) and shall disclose information as required under Rule 26(a)(1).

8.  <u>Discovery</u>: The parties request that they be granted 150 days for discovery. The parties propose that they be limited to seven depositions per side and 25 interrogatories per side and that the standard limits on discovery, pursuant to the federal and local rules, shall otherwise apply.

9.  <u>Experts</u>: At this time, the parties do not anticipate that they will be relying on expert witnesses. However, the parties reserve the right to do so. The parties propose that the requirements of Rule 26 regarding experts should apply.

10. <u>Class Action</u>:  N/A

11-13. <u>Trial</u>: The parties at this time do not believe that bifurcation of trial or discovery is appropriate. The parties propose that the date for the pretrial conference be set at the close of

WADE & BYRNES P.C.
5 NORTH WASHINGTON STREET
EXANDRIA, VIRGINIA 22314-1991
(703) 836-9030
Fax # (703) 683-1543

discovery, and after resolution of any dispositive motion, and that the trial date be scheduled for 30-60 days after the pretrial conference date.

14. Electronic discovery is not anticipated as an issue at this time.

                                                Respectfully submitted,
                                                TRUMAN DEHAEMERS
                                                By Counsel

WADE & BYRNES, P.C.

_____
Kevin Byrnes, Esq., DC Bar No. 480195
616 North Washington Street
Alexandria, Virginia 22314
Phone: 703/836-9030
Fax: 703/683-1543
Counsel for Plaintiff Truman DeHaemers

### CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of August, 2007, a true copy of the foregoing was mailed to the Defendant:

JEFFREY A. TAYLOR Esq., United States Attorney
Office of the U.S. Attorney – District of Columbia
555 4th St., N.W., 5th Floor
Washington, D.C. 20850

RUDOLPH CONTRERAS, Esq., Assistant United States Attorney
Office of the U.S. Attorney – District of Columbia
501 3rd Street, 4th Floor
Washington, D.C. 20001

CLAIRE WHITAKER, Esq., Assistant United States Attorney
Office of the U.S. Attorney - District of Columbia
501 3rd Street, 4th Floor
Washington, D.C. 20001

_____
Counsel

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRUMAN DEHAEMERS,           )
      Plaintiff,                   )
                                   )
v.                              )  Civil Action No. 07-658
                                   )
MICHAEL W. WYNNE.               )
      Defendant.                  )
_____)

## ORDER

Upon consideration of the parties' Local Rule 16.3 report, it is this _____ day of _____,

ORDERED, that Plaintiff's Rule 16.3 submission is adopted by the Court and that the procedures and deadlines identified in the Plaintiff's submission shall control.

Close of fact discovery: 150 days after the Court's ruling on defendant's motion.

Close of expert discovery, if any: 30 days after the close of fact discovery.

The parties' report shall govern the number of depositions and other discovery.

A status conference is set for _____ at which further pretrial and trial matters will be set.

                                          _____
                                          UNITED STATES DISTRICT JUDGE

WADE & BYRNES P.C.
6 NORTH WASHINGTON STREET
ALEXANDRIA, VIRGINIA 22314-1991
(703) 836-9030
Fax # (703) 683-1543

Copies to:

Kevin Byrnes, Esq., DC. Bar No. 480195
Wade & Byrnes P.C.
616 North Washington Street
Alexandria, Virginia 22314
Phone: 703/836-9030
Fax: 703/683-1543
Counsel for Plaintiff Truman DeHaemers

JEFFREY A. TAYLOR Esq., United States Attorney
Office of the U.S. Attorney – District of Columbia
555 4th St., N.W., 5th Floor
Washington, D.C. 20850

RUDOLPH CONTRERAS, Esq., Assistant United States Attorney
Office of the U.S. Attorney – District of Columbia
501 3rd Street, 4th Floor
Washington, D.C. 20001

CLAIRE WHITAKER, Esq., Assistant United States Attorney
Office of the U.S. Attorney - District of Columbia
501 3rd Street, 4th Floor
Washington, D.C. 20001

WADE & BYRNES P.C.
16 NORTH WASHINGTON STREET
LEXANDRIA, VIRGINIA 22314-1991
(703) 836-9030
Fax # (703) 683-1543