UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRUMAN DEHAEMERS,           )
      Plaintiff,           )
                           )
v.                          )           Civil Action No. 07-658
                           )
MICHAEL W. WYNNE.           )
      Defendant.           )

### RULE 26(a) DISCLOSURES

COMES NOW the Plaintiff Truman DeHaemers, by counsel, and does hereby file these disclosures required pursuant to Rule 26(a)(1), F.R.Civ.P.

1. The following parties are known by the Defendant to have discoverable information relating to the disputed facts alleged in the pleadings filed in this adversary proceeding:

    a. Michael Barbino, United States Air Force, Audit Agency (US AFAA), 1126 Air Force, Pentagon, Washington, DC 20330;

    b. Ms. Brenda Biggs, United States Air Force, Audit Agency (US AFAA), 1126 Air Force, Pentagon, Washington, DC 20330

    c. Ms. Kay F. Cole, Department of Defense, Civilian Personnel Management Service, Office of Complaint Investigatins, 1222 Stanley Road, Bldg. 129, Fort Sam Houston, TX 78234-5082;

    d. Captain Adam Cook, 11 WG/JAD (Office of the Staff Judge Advocate), 20 MacDill Boulevard, Suite 240, Bolling AFB, DC 20032-0110;

    e. Natalee M. Haffner, United States Air Force, Audit Agency (US AFAA), 1126 Air Force, Pentagon, Washington, DC 20330;

WADE & BYRNES P.C.
6 NORTH WASHINGTON STREET
EXANDRIA, VIRGINIA 22314-1991
(703) 836-9030
Fax # (703) 683-1543

    f.    John M. Gilligan, The Air Force Privacy Office, Office of the Air Force Chief Information Officer (AF-CIO), Directorate of Plans and Policy, Information Management Policy Branch (SAF/XCISP (A6XP), 1800 AirForce Pentagon, Washington, D.C. 20330-1800;

    g.    Deborah Jeffries, United States Air Force, Audit Agency (US AFAA), 1126 Air Force, Pentagon, Washington, DC 20330;

    h.    Gerald Kleeman, United States Air Force, Audit Agency (US AFAA), 1126 Air Force, Pentagon, Washington, DC 20330;

    i.    James Sommers, United States Air Force, Audit Agency (US AFAA), 1126 Air Force, Pentagon, Washington, DC 20330;

    j.    Ms. Cathlynn Sparks (or Ms. Cathlynn Novel), United States Air Force, Audit Agency (US AFAA), 1126 Air Force, Pentagon, Washington, DC 20330;

    k.    Michael W. Wynne, Secretary, United States Department of Air Force, 1670 Air Force Pentagon, Washington, DC 20330;

    l.    All witnesses listed on Defendant's disclosures.

2.    The Defendant has some communications and some copies of documents in his possession that he may use to support his claims and/or defenses. These documents include Plaintiffs' exhibits 1 through 6 as attached to the Complaint as well as other documents which were produced by the Agency in the EEO action, DeHaemers v. Wynne, Agency No 9L2W06004; EEOC No. 570-2007-0011X.

3.    Plaintiff computes his damages to the maximum amount permissible under the law including for all lost income, benefits, and/or other adverse impacts including emotional distress for each unlawful disclosure of the Plaintiff's Privacy Act records identified hereinabove or as is

disclosed at trial. These damages are incurring and ongoing. Moreover, it is unclear how many unlawful disclosures of the Plaintiff's Privacy Act records occurred during this relevant time period. Plaintiff is entitled to a minimal of $1,000.00 damages under the Act for each disclosure. It is likely that the Plaintiffs will be entitled to $5,000.00 in damages for each disclosure because the conduct of the Agency was willful in this regard. Plaintiff estimates at this time that the number of disclosures during the relevant time period ranges from ten to one hundred. Plaintiff also seeks all costs and attorneys' fees pursuant to 5 U.S.C. § 552a(g)(2). These costs and fees are ongoing. Presently, Plaintiff's damages are in the $25,000.00 to $525,000.00 range.

4.      The identification of expert witnesses will be forthcoming at a later date as is required by this court's order.

Respectfully submitted,<br>
TRUMAN DEHAEMERS<br>
By Counsel

WADE & BYRNES, P.C.

_(signature)_

Kevin Byrnes, Esq., DC. Bar No. 480195
616 North Washington Street
Alexandria, Virginia 22314
Phone: 703/836-9030
Fax: 703/683-1543
Counsel for Plaintiff Truman DeHaemers

## CERTIFICATE OF SERVICE

I hereby certify that on this 21 day of August, 2007, a true copy of the foregoing was mailed to the Defendant:

JEFFREY A. TAYLOR Esq., United States Attorney
Office of the U.S. Attorney – District of Columbia
555 4th St., N.W., 5th Floor
Washington, D.C. 20850

RUDOLPH CONTRERAS, Esq., Assistant United States Attorney
Office of the U.S. Attorney – District of Columbia
501 3rd Street, 4th Floor
Washington, D.C. 20001

CLAIRE WHITAKER, Esq., Assistant United States Attorney
Office of the U.S. Attorney - District of Columbia
501 3rd Street, 4th Floor
Washington, D.C. 20001

_____
Counsel

ADE & BYRNES P.C.
NORTH WASHINGTON STREET
ANDRIA, VIRGINIA 22314-1991
(703) 836-9090
Fax # (703) 683-1543