UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUMAN DEHAEMERS,  )<br>              Plaintiff,   )<br>                            )<br>v.                          )      Civil Action No. 07-658<br>                            )<br>MICHAEL W. WYNNE.  )<br>              Defendant.  )  | |

## ORDER

This matter came upon the Plaintiff's motion to permit the Plaintiff to file an amended Complaint. Upon consideration of the parties' consent and the good cause identified in their motion, it is hereby ORDERED:

1. Plaintiff may file an Amended Complaint within 20 days from the entry of this order;

2. Defendant agrees to accept service of the Amended Complaint by mail, facsimile or electronic service. Upon receipt of the Amended Complaint, Defendant shall have 20 days within which to respond to the amended Complaint.

ENTERED:  __/____/2007
_____
UNITED STATES DISTRICT COURT JUDGE

WE ASK FOR THIS:

WADE & BYRNES, P.C.

/s/ Kevin Byrnes
Kevin Byrnes, Esq., DC. Bar No. 480195
616 North Washington Street
Alexandria, Virginia 22314
(703) 836-9030
(703) 683-1543 (facsimile)
Counsel for Plaintiff Truman DeHaemers

1