**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TRUMAN DEHAEMERS,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 07-658** |
| ) | |
| **MICHAEL W. WYNNE.** ) | |
|     **Defendant.** ) | |

**NOTICE OF FILING OF CERTIFICATE OF SERVICE**

    I hereby certify that on this 20th day of September, 2007, a true copy of the Plaintiff's Amended Complaint was emailed and/or mailed postage prepaid to:

Jeffrey A. Taylor Esq., United States Attorney
Office of the U.S. Attorney - District of Columbia
Civil Division
501 3rd Street, 4th Floor
Washington, D.C. 20001
(202) 514-8780 (facsimile)

Rudolph Contreras, Esq., Assistant United States Attorney
Office of the U.S. Attorney - District of Columbia
Civil Division
501 3rd Street, 4th Floor
Washington, D.C. 20001
(202) 514-8780 (facsimile)

Claire Whitaker, Esq. Assistant United States Attorney
Office of the U.S. Attorney - District of Columbia
Civil Division
501 3rd Street, 4th Floor
Washington, D.C. 20001
(202) 514-8780 (facsimile)

                                              /s/ Kevin Byrnes
                                              Counsel