UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUMAN DEHAEMERS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0658 (CKK) |
| MICHAEL W. WYNNE<br>Secretary, United States Department<br>of the Air Force, | ) |
| Defendant. | ) |

### ERRATA to R. 17

Inadvertently omitted from Defendant's Memorandum in Opposition to Motion for Order to allow Plaintiff to Amend Complaint [R. 17] was the attached supporting declaration of Nancy M. Krkpatrick, Human Resources Specialist (Labor Relations), Air Force District of Washington, Civilian Personnel Office. This declaration was identified as Attachment 1 in defendant's filing.

Respectfully submitted,

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUMAN DEHAEMERS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL W. WYNNE ) <br> Secretary, United States Department ) <br> of the Air Force, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07-0658 (CKK) |

## DECLARATION

I, NANCY M. KIRKPATRICK, Human Resources Specialist (Labor Relations), Air Force District of Washington, Civilian Personnel Office, declare under the penalty of perjury that the following information is true and correct to the best of my knowledge and ability.

The Air Force Audit Agency has an office in the Rosslyn neighborhood of Arlington, Virgina. Mr. Truman DeHaemers works in the Rosslyn office. He has worked in that office for over ten (10) years. Personnel records for civilian employees of the Air Force Audit Agency's Rosslyn office are located at the Pentagon, which is located in Arlington Virginia. These records have been located in the Pentagon since the Air Force Audit Agency moved to the area in the early 1990s.

I, NANCY M. KIRKPATRICK declare under the penalty of perjury that the aforementioned information is true and correct to the best of my knowledge and ability.

_____          October 2, 2007
NANCY M. KIRKPATRICK                      Date

1