UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRUMAN DEHAEMERS,

   Plaintiff,

     v.

MICHAEL W. WYNNE,
Secretary, United States
Department of Air Force

   Defendant.

Civil Action No. 07-658 (CKK)

**ORDER**
(November 29, 2007)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 29th day of November, 2007, hereby

**ORDERED** that [13] Plaintiff's Motion to Amend his Complaint in this action is GRANTED-IN-PART and DENIED-IN-PART. Specifically, Plaintiff may amend his Complaint to add claims under the ADEA, but may not add claims under either the Rehabilitation Act or Title VII, as venue for such claims does not lie in the District of Columbia; it is further

**ORDERED** that on or before December 14, 2007, Plaintiff shall file Notice with the Court as to whether he wishes to pursue his Privacy Act claim before this Court.

   **SO ORDERED**.

                                                            */s/*
                                           COLLEEN KOLLAR-KOTELLY
                                           United States District Judge