**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **TRUMAN DEHAEMERS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-658** |
| | ) | |
| **MICHAEL W. WYNNE.** | ) | |
| **Defendant.** | ) | |

**NOTICE OF WITHDRAWAL
OF MOTION TO AMEND COMPLAINT (Docket Entry No. 13)**

COMES NOW, the Plaintiff, Truman Dehamers, by counsel, and pursuant to this court's order (Docket Entry No. 21) and Memorandum Opinion (Docket Entry No. 22), hereby notifies the court and all parties to this action of the Plaintiffs' intention to proceed with the Complaint filed on April 10, 2007 (Docket Entry No. 1) in accordance with this court's scheduling order entered on September 6, 2007(Docket Entry No. 11).

1.      On April 10, 2007, the Plaintiff Truman DeHaemers ("Plaintiff" or "Mr. Dehamers") filed his Complaint in this court.  (Docket Entry No. 1).

2.      On July 16, 2007, the Agency answered the Complaint (Docket Entry No. 6).  Subsequently, after the parties' scheduling conference on September 6, 2007, Mr. DeHaemers, with the consent of Agency counsel, sought leave to amend his complaint, to include allegations arising under anti-discrimination statutes applying to the federal government, including Title VII of the Civil Rights Act of 1964, the Rehabilitation Act of 1973, and The Age Discrimination in Employment Act of 1967 (ADEA ). See Motion to Amend Complaint filed on September 18, 2007. (Docket Entry No. 13)

3.      The Amended Complaint proposed contained seventeen counts, alleging violations of law under the Privacy Act of 1973, and various anti-discrimination laws.

After viewing the Amended Complaint, the Agency challenged the Plaintiff's invocation of jurisdiction and opposed the motion to amend the complaint.  The opposition was, in function, a challenge to venue under F.R.C.P. 12(h).

4.    The Court

"[u]pon a searching review of the Plaintiff's Motion to Amend and proposed Amended Complaint, Defendant's Opposition, Plaintiff's Reply, the relevant statutes and case law, and the entire record …, conclude[d] that the Agency had not waived their right to oppose some of the relief sought in the Amended Complaint by waiver and/or judicial estoppel,"

and also concluded that it would sustain the objection to venue with respect to the claims arising under the Rehabilitation Act and Title VII.  See Memorandum Opinion at p. 1-2, Docket Entry No. 22. The Court determined, with the possible exception of the claims arising under the ADEA, that the proposed Amended Complaint would be "futile" and would not be granted based upon venue grounds stated in the memorandum opinion.  See e.g., James Madison, Ltd. v. Ludwig, 82 F.3d 1085, 1099 (D.C. 1996) cited on p. 4 of the Memorandum Opinion.  The Court additionally observed that venue may be proper in the Eastern District of Virginia or with the Equal Employment Opportunity Commission. The Memorandum Opinion did not rule that the Equal Employment Opportunity Commission had been divested of jurisdiction by the motion to amend the complaint.

5.    In that Memorandum Opinion, the Court asked the Plaintiff's counsel to clarify whether the Plaintiff intends to proceed with his Amended Complaint in this court, or whether he intends to proceed with his proposed Amended Complaint in another jurisdiction.

6.    Plaintiff withdraws his motion for an Amended Complaint. (Docket Entry No. 13). Plaintiff intends to proceed with his Complaint filed in this court on April 10,

2007, and answered on July 16, 2007 and in accordance with the scheduling order entered

on September 6, 2007(Docket Entry No. 11).

       7.     Since the proposed Amended Complaint was not accepted, and since the

motion requesting this Amended Complaint was withdrawn and/or denied, the proposed

Amended Complaint did not divest the Equal Employment Opportunity Commission of

jurisdiction.  The EEOC, therefore, retains jurisdiction, *nunc pro tunc,* over the matters

presently before it in <u>DeHaemers v. Wynne</u>, EEOC No. 570-2007-00011X, Agency No:

9L2W06004.

Respectfully Submitted
TRUMAN DEHAEMERS
Plaintiff by Counsel

WADE & BYRNES, P.C.


_____/s/_____
Kevin Byrnes, Esq., DC. Bar No. 480195
616 North Washington Street
Alexandria, Virginia 22314
(703) 836-9030
(703) 683-1543 (facsimile)
Counsel for Plaintiff Truman DeHaemers

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14th day of December 2007, a true copy of the forgoing was mailed and faxed to:

Jeffrey A. Taylor  Esq., United States Attorney
Office of the U.S. Attorney - District of Columbia
Civil Division
501 3rd Street, 4th Floor
Washington, D.C. 20001
(202) 514-8780 (facsimile)

Rudolph Contreras, Esq., Assistant United States Attorney
Office of the U.S. Attorney - District of Columbia
Civil Division
501 3rd Street, 4th Floor
Washington, D.C. 20001
(202) 514-8780 (facsimile)

Claire Whitaker, Esq. Assistant United States Attorney
Office of the U.S. Attorney - District of Columbia
Civil Division
501 3rd Street, 4th Floor
Washington, D.C. 20001
(202) 514-8780 (facsimile)

_____/s/_____
Kevin Byrnes, Esq.,

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TRUMAN DEHAEMERS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-658** |
| | ) | |
| **MICHAEL W. WYNNE.** | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

This matter came upon notice of the Plaintiff of his intent to withdraw his motion for an amended Complaint in the above referenced action. Upon receipt of this notice, it is hereby ORDERED that the Plaintiff's motion to amend complaint filed on September 18, 2007 is hereby withdrawn. Jurisdiction over the matters raised in <u>DeHaemers v. Wynne</u>, EEOC No. 570-2007-00011X, Agency No: 9L2W06004 therefore remains before the Equal Employment Opportunity Commission.

ENTERED:  __/_____/2007

_____
UNITED STATES DISTRICT COURT JUDGE

WE ASK FOR THIS:

WADE & BYRNES, P.C.

/s/ Kevin Byrnes_____
Kevin Byrnes, Esq., DC. Bar No. 480195
616 North Washington Street
Alexandria, Virginia 22314
(703) 836-9030
(703) 683-1543 (facsimile)
Counsel for Plaintiff Truman DeHaemers

SEEN AND _____:

OFFICE OF THE U.S. ATTORNEY

_____
Claire Whitaker, Esq. Assistant United States Attorney
Office of the U.S. Attorney - District of Columbia, Civil Division
501 3rd Street, 4th Floor
Washington, D.C. 20001
(202) 514-7137
(202) 514-8780 (facsimile)
Counsel for Defendant Michael W. Wynne, Secretary, Department of Air Force