**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **TRUMAN DEHAEMERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-0658 (CKK)** |
| | ) | |
| **MICHAEL W. WYNNE** | ) | |
| **Secretary, United States Department** | ) | |
| **of the Air Force,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S INTERROGATORIES AND DOCUMENT REQUEST**

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for an extension of time to respond to plaintiff's first set of interrogatories and document request. Defendant's responses are due on December 28, 2007. This is defendant's first request for an extension of time in this matter. Plaintiff has consented to this motion.

The reasons for this request are as follows: Plaintiff served written discovery on defendant on November 21, 2007. This discovery consisted of 204 requests for admissions; 20 interrogatories, two of which have multiple subparts; and, a 41-paragraph document request with subparts. Although defendant has responded this date to plaintiff's requests for admissions, it has been impossible to complete defendant's responses to interrogatories and document production before the close of the office on December 21, 2007. Although defendant's other responses are not due until December 28, 2007, counsel has been unable to confer with key agency officials concerning the responses to a number of the interrogatories and documents requested. It is anticipated that additional work on this discovery will be delayed until January

2, 2007, because of the holiday period.  Accordingly, it is respectfully requested that the time

period for responding to plaintiff's interrogatories and document request be extended to and

including January 11, 2008.   A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137


OF COUNSEL:

JOHN M. PELLETT, Esq.
Deputy Chief, Information Litigation Branch
General Litigation Division
Air Force Legal Operations Agency

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **TRUMAN DEHAEMERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 07-0658 (CKK)** |
| | ) | |
| **MICHAEL W. WYNNE** | ) | |
| **Secretary, United States Department** | ) | |
| **of the Air Force,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

ORDER

Upon consideration of defendant's consent motion to extend the time to serve discovery

on plaintiff, and for good cause shown, it is this _____ day of _____, 200__,

ORDERED, that said motion be, and hereby is, granted.  The deadline for defendant's

responses to plaintiff's first set of interrogatories and document production is extended to

January 11,  2008.

_____
UNITED STATES DISTRICT JUDGE