# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
**TRUMAN DEHAEMERS,**                   )
                                        )
                    **Plaintiff,**      )
                                        )
        **v.**                          )        **Civil Action No. 07-0658 (CKK)**
                                        )
**MICHAEL W. WYNNE**                    )
**Secretary, United States Department** )
**of the Air Force,**                   )
                                        )
                    **Defendant.**      )
                                        )
_____)


## ERRATA

Docket Entry # 25 was entered in error.  The Court is asked to disregard this filing.

Respectfully submitted,

_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137