UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUMAN DEHAEMERS, )<br>)<br>               Plaintiff, )<br>)<br>v.                               )<br>)<br>MICHAEL W. WYNNE         )<br>Secretary, United States Department )<br>of the Air Force,               )<br>)<br>               Defendant. )<br>) | Civil Action No. 07-0658 (CKK) |

**CONSENT MOTION FOR EXTENSION OF DISCOVERY PERIOD**

      Pursuant to Fed. R. Civ. P. 6(b)(1), defendant, on behalf of the parties, moves this Court for an extension of the discovery period, to and including April 21, 2008. Discovery is presently due to end on March 7, 2008.

      The parties have conferred and determined that an additional 45 days is necessary to complete discovery in this case for the following reasons:

      Discovery in this case was delayed pending resolution of certain jurisdictional motions related to the discrimination claims initially filed. Additionally, during the discovery period in question, Plaintiff's counsel accepted a position at a new firm, which delayed receiving and responding to discovery submitted by defendant. Further, while Plaintiff has served and received responses to written discovery, he has not taken deposition testimony, which involves a fair number of Agency witnesses and on which Plaintiff needs to coordinate with the defense. Mr. Dehaemers also wishes to attend these depositions personally, however he has been on extended leave due to surgery.

To add to the above, Defendant served written discovery, but, it appears that said discovery may have been delivered to plaintiff's attorney's previous address and not forwarded to his new offices. Defendant has yet to take depositions as well and desires to do so when written discovery has been completed.

The parties wish to conduct and complete discovery before attending mediation now set for March 7, 2008, before Magistrate Judge Kay.

The parties jointly request a brief continuance to allow for completion of discovery and to address some unforeseen circumstances which have delayed completion of discovery itself. The parties therefore seek a 45-day extension of discovery and ask that the mediation now set for March 7, 2008, be continued to a date in April so as to allow for a meaningful discussion as to settlement to occur. The Court's calendar should not be disrupted by this extension of time and neither side will be prejudiced.

WHEREFORE, it is respectfully requested that the time period for discovery be extended to and including April 21, 2008. A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

OF COUNSEL:

JOHN M. PELLETT, Esq.
Deputy Chief, Information Litigation Branch
General Litigation Division
Air Force Legal Operations Agency

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRUMAN DEHAEMERS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-0658 (CKK) |
| ) | |
| **MICHAEL W. WYNNE** ) | |
| Secretary, United States Department ) | |
| of the Air Force, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

ORDER

Upon consideration of defendant's motion on behalf of the parties, and for good cause shown, it is this _____ day of _____, 2008,

ORDERED, that said motion be, and hereby is, granted. The deadline for the close of discovery is extended to and including April 21, 2008, and it is

FURTHER ORDERED, that mediation period set to commence on March 7, 2008, be postponed until April 21, 2008.

_____
UNITED STATES DISTRICT JUDGE