UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUMAN DEHAEMERS,<br>       Plaintiff,<br><br>v.<br><br>MICHAEL W. WYNNE.<br>       Defendant. | )<br>)<br>)<br>)   Civil Action No. 1:07-cv-00658-CKK<br>)<br>)<br>) |

### NOTICE TO COURT OF SETTLEMENT

Comes now the Plaintiff, Truman DeHaemers, by and through counsel, and hereby notifies the Court that the parties met before Judge Kay in a mediation conference on Friday, March 7, 2008, and have reached a settlement agreement as to the principal terms. The parties are in the process of resolving specific language notifying Agency employees of the nature and effect of the settlement.

Accordingly, neither party will be filing a discovery plan in the above-entitled matter unless the language cannot be agreed upon.

                                                      Respectfully submitted,

                                                      TRUMAN DeHAEMERS
                                                      *Plaintiff by Counsel*

GRAD, LOGAN & KLEWANS, P.C.

       /s/ Kevin Byrnes
Kevin Byrnes, DC Bar #480195
3141 Fairview Park Drive, Suite 350
Falls Church, VA 22042
Firm Telephone: 703-548-8400
Direct Line: 703-535-5393
Facsimile: 703-836-6289
Email: kbyrnes@glklawyers.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2008, a true copy of the foregoing Notice to Court of Settlement was delivered by filing and entering the same upon the electronic court filing website of the United States District Court of the District of Columbia, to the attention of Defendant's counsel, as follows:

Claire Whitaker, Esq. Assistant United States Attorney
Office of the U.S. Attorney - District of Columbia
Civil Division
501 3rd Street, 4th Floor
Washington, D.C. 20001
Telephone: (202) 514-7137
Facsimile:  (202) 514-8780
Email: claire.whitaker@usdoj.gov
*Counsel for Defendant*

            /s/ Kevin Byrnes
Kevin Byrnes, DC Bar # 480195
GRAD, LOGAN & KLEWANS, P.C.
3141 Fairview Park Drive, Suite 350
Falls Church, VA 22042
Firm Telephone: 703-548-8400
Direct Line:  703-535-5393
Facsimile: 703-836-6289
Email: kbyrnes@glklawyers.com
*Counsel for Plaintiff*