UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUMAN DEHAEMERS | : |
| Plaintiff | : |
| v. | : Civil Action No. **07cv658** |
| MICHAEL W. WYNNE | : Judge Colleen Kollar-Kotelly |
| Defendant | : |

**ORDER**

On March 10, 2008, the parties filed a *Notice to Court of Settlement* [#31], which stated that the parties have reached a settlement as to the principle terms.

Accordingly, it is this   17th   day of March, 2008,

**ORDERED** that this case is **DISMISSED**.  The dismissal shall be without prejudice for a period of thirty days from the date of this Order [until April 16, 2008].  Should counsel fail to move to extend or to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed **with** prejudice.

/s/
JUDGE COLLEEN KOLLAR-KOTELLY
United States District Judge